with costs, upon the opinion of Mr. Justice Kelby at Trial Term. [Reported in *Graves* v. *Hines*, 116 Misc. Rep. 502.] Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

HEIN-WEBER LUMBER COMPANY, INC., Appellant, v. LEE N. LAFFERTY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

HERO SNAP FASTENER COMPANY, INC., Respondent, v. DAVID WARSCHAVSKY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

SAMUEL HYMAN, Respondent, v. CHARLES PREUSS, Appellant, and HARRIS SWIRYN, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

SAMUEL HYMAN, as Administrator, etc., of HERBERT HYMAN, Deceased, Respondent, v. CHARLES PREUSS, Appellant, and HARRIS SWIRYN, Defendant.— Judgment reversed on the facts and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $1,500 and interest, and to modify the judgment accordingly, in which case the judgment as so modified is unanimously affirmed, with costs to the plaintiff. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of CHARLES H. CORBETT, Individually and as Executor, etc., of CHARLES H. CORBETT, Deceased, to Revoke Letters Testamentary Heretofore Issued to AUGUSTA H. CORBETT SPERRY, as Executrix, etc., of CHARLES H. CORBETT, Deceased, Respondent. CHARLES H. CORBETT, Individually and as Executor, etc., and Others, Appellants.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of Proving the Last Will and Testament of GERTRUDE L. DONOHUE, Deceased, as a Will of Real and Personal Property. HERBERT B. SMITH, Executor, etc., Appellant; FRANCIS L. DONOHUE, Respondent.— Order of the Surrogate's Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application for a Warrant to Search and Seize INTOXICATING LIQUORS Kept, etc., in the Premises Located on the Southwest Corner of Smith and Third Streets, in the City of Newburgh, Orange County, N. Y., Respondent, Said Premises Being Conducted by One FRANK QUEEN, Appellant.— Order affirmed. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Petition of FREDERICK R. RYAN, Appellant, to Prove the Last Will and Testament of WALTER F. SYKES, Late of the County of Kings, Deceased. ANTHONY F. TUOZZO, Special Guardian of MADGE SYKES and Others, Respondent.— Order denying motion to vacate notice served by contestants to take the testimony of Mrs. Suzanne Sykes, a witness, in Paris, reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, without costs. The facts stated in the affidavit to secure an oral examination of the witness in Paris are insufficient to warrant the deposition on oral interrogatories. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Petition of IDA SCHMIDT, Respondent, to Prove the Last Will and Testament of HENRY C. SCHMIDT, Late of the County of Kings, Deceased.